Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Courtney R. Pratten
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 1 1 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                          Plaintiff,

          v.

DEREK CAMERON BROOKES,

                          Defendant.

1:25-CR-2031-SAB

INDICTMENT

Vio:  18 U.S.C. §§ 922(g)(1),
         924(a)(8)
         Felon in Possession of Firearms
         (Count 1)

         21 U.S.C. § 841(a)(1),
         (b)(1)(C)
         Possession with Intent to
         Distribute Fentanyl
         (Count 2)

         21 U.S.C. § 841(a)(1),
         (b)(1)(B)(viii)
         Possession with Intent to
         Distribute 5 Grams of Actual
         (Pure) Methamphetamine
         (Count 3)

         18 U.S.C. § 924(d)(1) and 28
         U.S.C. § 2461(c), 21 U.S.C.
         § 853
         Forfeiture Allegations

INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

On or about May 13, 2024, in the Eastern District of Washington, the Defendant, DEREK CAMERON BROOKES, knowing his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, firearms, to wit:

- a High Standard Sport King .22 caliber pistol, bearing serial number 1361678,

- a Charter Arms model AR-7 Explorer .22 LR caliber rifle, bearing serial number A19709, and

- a J.C. Higgins model 583.22 (Sears Roebuck and Co.) 20 gauge shotgun bearing no serial number,

which had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## COUNT 2

On or about May 13, 2024, in the Eastern District of Washington, the Defendant, DEREK CAMERON BROOKES, did knowingly possess with intent to distribute a mixture of substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

INDICTMENT – 2

## COUNT 3

On or about May 13, 2024, in the Eastern District of Washington, the Defendant, DEREK CAMERON BROOKES, did knowingly possess with intent to distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby realleged and incorporated herein by this reference for the purpose of alleging forfeiture.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 922(g)(1) and § 924(a)(8), as set forth in this Indictment, the Defendant, DEREK CAMERON BROOKES, shall forfeit to the United States of America any firearm, ammunition, and accessories involved or used in the commission of the offense, including, but not limited to:

- a High Standard Sport King .22 caliber pistol, bearing serial number 1361678;

- a Charter Arms model AR-7 Explorer .22 LR caliber rifle; and,

- a J.C. Higgins model 583.22 (Sears Roebuck and Co.) 20 gauge shotgun bearing no serial number.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in this Indictment, the Defendant, DEREK CAMERON BROOKES, shall forfeit to the United States of America, any property constituting, or

INDICTMENT – 3

derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

- a High Standard Sport King .22 caliber pistol, bearing serial number 1361678;

- a Charter Arms model AR-7 Explorer .22 LR caliber rifle; and,

- a J.C. Higgins model 583.22 (Sears Roebuck and Co.) 20 gauge shotgun bearing no serial number.

If any forfeitable property, as a result of any act or omission of the Defendant:

a.    cannot be located upon the exercise of due diligence;
b.    has been transferred or sold to, or deposited with, a third party;
c.    has been placed beyond the jurisdiction of the court;
d.    has been substantially diminished in value; or
e.    has been commingled with other property which cannot be divided without difficulty,

//

//

//

//

//

INDICTMENT – 4

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this \|\ day of March, 2025.

*Rich Barker*
_____
Richard R. Barker
Acting United States Attorney

*[signature]*
_____
Courtney R. Pratten
Assistant United States Attorney

INDICTMENT – 5